FILED '26 08 12 PM03:08 MDGA-ALB

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CASE NO. 1:26-MJ-35 |
| | : | |
| | : | |
| JATHARD FLEMING | : | |
| | : | |
| Defendant. | : | |
| | : | |

## ORDER TO DISMISS

Before the Court is the United States' motion to dismiss the citations as to Defendant Jathard Fleming. After careful consideration, the Court finds it is in the interest of justice to grant the United States' request.

Accordingly, the Court GRANTS the United States' Motion to Dismiss Citations and hereby ORDERS that the pending Citations against Defendant Jathard Fleming be DISMISSED.

**SO ORDERED**, this 12th day of August 2026.

ALFREDA L SHEPPARD, MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT